IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| **MONICA WOODS, as Administrator of theEstate of T.J., Deceased,**<br>    Plaintiff,<br><br>v.<br><br>**City of Des Moines; Dana Wingert; Thomas Garcia; Noah Bollinger; Zachary Duitscher,**<br>    Defendants. | Case No. 4:23-cv-00520<br><br>**REPORT TO COURT ON CONFIDENTIAL PORTIONS OF AMENDED COMPLAINT** |

   NOW COME the Defendants and for this Report to the Court on Confidential Portions of the Amended Complaint state:

   1.  The still images from body camera footage (pictures) in paragraphs 20, 24, 29, and 32 of Plaintiff's Amended Petition are required by law to be kept under seal. These images come from a record of the Des Moines Police Department and concern a child involved in a delinquent act. As such, they are required to be kept confidential pursuant to Iowa Code section 232.149(2).

   2.  Iowa Code prohibits dissemination of juvenile delinquency information.

   <u>Records</u> and files <u>of a criminal</u> or juvenile <u>justice agency</u>, an intake officer, or a juvenile court officer <u>concerning a child involved in a delinquent act are confidential</u>. The records are subject to sealing under section 232.150 unless the juvenile court waives its jurisdiction over the child so that the child may be prosecuted as an adult for a public offense. A criminal or juvenile justice agency may disclose to individuals involved in the operation of a juvenile diversion program police reports and related information that assist in the operation of the juvenile diversion program.

Iowa Code § 232.149(2).

   Any person who knowingly discloses, receives, or makes use or permits the use of information derived directly or indirectly from the records concerning a child referred to in sections 232.147 through 232.150, except as provided by those sections or section 13B.4A, subsection 2, paragraph "c", shall be guilty of a serious misdemeanor.

Iowa Code § 232.151.

1

3. The deceased, T.J., was under the age of 18 at the time of the events on December 26, 2022.

4. T.J. committed a delinquent act. The Iowa Code defines delinquent act as any of the following:

> a. The violation of any state law or local ordinance which would constitute a public offense if committed by an adult except any offense which by law is exempted from the jurisdiction of this chapter.
> b. The violation of a federal law or a law of another state which violation constitutes a criminal offense if the case involving that act has been referred to the juvenile court.
> c. The violation of section 123.47 which is committed by a child.
> d. The violation of sections 716.7 and 716.8, which is committed by a child.
> e. The violation of section 724.4E which is committed by a child.

Iowa Code § 232.2(13).

5. T.J.'s actions on December 26, 2022 were delinquent in several ways. The clearest is his violation of Iowa Code section 724.4E which provides that "A minor who carries … or possesses a loaded firearm of any kind within the limits of a city … commits a serious misdemeanor." Iowa Code § 724.4E(2). There is no question T.J. violated this statute by carrying and possessing a firearm in front of officers in the City of Des Moines. The Amended Petition is replete with admissions of this delinquent conduct.

6. T.J.'s actions earlier in the evening also constituted delinquent acts. Police had received information through a 911 call that T.J. had threatened to kill a family member. This would be an assault in violation of Iowa Code section 708.1 and harassment in violation of Iowa code section 708.7(1)(*b*). These show T.J. had committed delinquent acts, and the body camera video and images show him in the process of committing a delinquent act.

7. The pictures in paragraphs 20, 24, 29, and 32 come from body worn camera video of the Des Moines Police Department. As such, they are records of a criminal justice agency as defined by Iowa Code section 232.2(11).[1]

8. Because the body camera videos are records of a criminal justice agency and they depict a juvenile who both had and was in the process of committing a delinquent act, they are confidential under Iowa Code section 232.149(2). As such, the Court should approve sealing of the pictures in the Amended Petition.

9. Plaintiff is also required by court order to file the pictures under seal. Plaintiff obtained the police body camera videos pursuant to a Protective Order in the Iowa District Court for Polk County case involving T.J.'s estate, ESPR081070. A copy of that Protective Order is attached. Under the protective order, the City produced the videos and designated them as confidential. The Protective Order specifically requires any filings of such material to be under seal: "If the Estate needs to submit confidential material to the Court, the confidential material shall be filed under seal." (*In the matter of the Estate of Jenkins*, ESPR081070, at *2 (Apr. 28, 2023).) So, for Plaintiff to include pictures from the confidential material obtained in the Estate case in this proceeding, the Estate is required to file that material under seal.

10. Both because the pictures are confidential under Iowa law and because Plaintiff is required to file them under seal per the Iowa court order, the pictures in paragraphs 20, 24, 29, and 32 should be filed under seal or not at all.

---

[1] "'Criminal or juvenile justice agency' means any agency which has as its primary responsibility the enforcement of the state's criminal laws or of local ordinances made pursuant to state law." Iowa Code § 232.2(11).

Respectfully Submitted,

*/s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
Email: mrmackel@dmgov.org
Telephone: (515) 283-4537
LEAD ATTORNEY

/s/ Luke DeSmet
Luke DeSmet
Assistant City Attorney
City of Des Moines
400 Robert D. Ray Drive
Des Moines, Iowa 50309-1891
Email: lmdesmet@dmgov.org
Telephone: (515) 283-4110
ATTORNEYS FOR DEFENDANTS