IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MONICA WOODS, as Administrator of the Estate of T.J., Deceased, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DES MOINES, DANA WINGERT, in his Official Capacity as Chief of Police for the City of Des Moines, Iowa, THOMAS GARCIA, Individually and in his Official Capacity as a Police Officer for the City of Des Moines, Iowa, NOAH BOLLINGER, Individually and in his Official Capacity as a Police Officer for the City of Des Moines, Iowa, and ZACHARY DUITSCHER, Individually and in his Official Capacity as a Police Officer for the City of Des Moines, Iowa, <br>     Defendants. | Case No. 4:23-cv-00520-SMR-SBJ <br><br> ORDER |

Plaintiff filed her original complaint alleging numerous civil rights and wrongful death claims against the above-captioned Defendants. [ECF No. 1]. Defendants filed a Motion to Dismiss for failure to state a claim. [ECF No. 10]. Plaintiff then filed an amended complaint with leave of the Court. [ECF Nos. 22, 25]. Defendants have moved to dismiss the amended complaint. [ECF Nos. 30, 32]. These are the operative pleadings. Accordingly, Defendants' first motion to dismiss is moot. To the extent that Defendants have sought to incorporate their prior motion within their Amended Motion to Dismiss, the Court will consider those arguments when it addresses the pending Motion. Defendants' first Motion to Dismiss is DENIED as MOOT. [ECF No. 10].

1

IT IS SO ORDERED.

Dated this 30th day of September, 2024.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT