## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| MONICA WOODS, as Administrator of the Estate of T.J., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>City of Des Moines; Dana Wingert; Thomas Garcia; Noah Bollinger, Zachary Duitscher,<br><br>Defendants. | Case No. 4:23-cv-00520<br><br>NOTICE OF ADDITIONAL AUTHORITY TO SUPPORT THE CITY'S MOTION TO DISMISS |

COME NOW DEFENDANTS and hereby give notice of additional authority

1) On February 12, 2025, the United States Court of Appeals for the Eighth Circuit issued an opinion in *Aden v. City of Bloomington, et. al*., appellate no. 23-3391 (see attached case).

2) The *Aden* case bears striking similarity to the City of Des Moines case.

3) The *Aden* case involved a suspect who had earlier pointed a gun at his girlfriend. When police encountered him, he had a loaded gun in his hand. Law enforcement attempted to get Mr. Aden to relinquish his firearm and cooperate with arrest. He did not, with the exception of having place his firearm on the ground close to him. When Aden picked up his gun and began to raise it, the officers fired. Mr. Aden died.

4) In the *Woods* suit, the decedent T.J. had earlier pointed a firearm at his father. When police encountered him, he had a loaded gun in his hand. Law enforcement attempted to

    get T.J. to relinquish his firearm and cooperate with arrest. He did not. When T.J. began to raise his gun, officers fired.

5) The Eighth Circuit granted the officers and the employer qualified immunity and found that Mr. Aden's constitutional rights were not violated.

6) There is currently a motion to dismiss pending before this Court.

7) The Defendants respectfully request the Court consider the *Aden* case in making its ruling.

Respectfully Submitted,

*/s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
Email: mrmackel@dmgov.org
Telephone: (515) 283-4537

/s/ *Luke DeSmet*
Luke DeSmet
Assistant City Attorney
400 Robert D. Ray Dr.
Des Moines, Iowa 50309-1891
Telephone: (515) 283-4110
Email: lmdesmet@dmgov.org

ATTORNEYS FOR DEFENDANTS