# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| **MONICA WOODS, as Administrator of theEstate of T.J., Deceased,**<br>　　　　**Plaintiff,**<br><br>**v.**<br><br>**City of Des Moines; Dana Wingert; Thomas Garcia; Noah Bollinger; Zachary Duitscher,**<br>　　　　**Defendants.** | Case No. 4:23-cv-00520<br><br>**DEFENDANT'S WITHDRAWAL OF MOTION TO FILE UNDER SEAL (Docket 54)** |

　　　　COME NOW DEFENDANTS who withdraw their Motion to File Under Seal, found at docket entry 54.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michelle Mackel-Wiederanders*
　　　　　　　　　　　　　　　　　　　　　Michelle Mackel-Wiederanders
　　　　　　　　　　　　　　　　　　　　　Assistant City Attorney
　　　　　　　　　　　　　　　　　　　　　400 Robert D. Ray Drive
　　　　　　　　　　　　　　　　　　　　　Des Moines, IA 50309-1891
　　　　　　　　　　　　　　　　　　　　　Email: mrmackel@dmgov.org
　　　　　　　　　　　　　　　　　　　　　Telephone: (515) 283-4537

　　　　　　　　　　　　　　　　　　　　　/s/ Luke DeSmet
　　　　　　　　　　　　　　　　　　　　　Luke DeSmet
　　　　　　　　　　　　　　　　　　　　　Assistant City Attorney
　　　　　　　　　　　　　　　　　　　　　City of Des Moines
　　　　　　　　　　　　　　　　　　　　　400 Robert D. Ray Drive
　　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309-1891
　　　　　　　　　　　　　　　　　　　　　Email: lmdesmet@dmgov.org
　　　　　　　　　　　　　　　　　　　　　Telephone: (515) 283-4110

　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS