IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MONICA WOODS, Administrator for Estate of T.J., | ) | Case No. 4:23-cv-00520-SMR-SBJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF DES MOINES, DANA WINGERT in his official capacity as Chief of Police for City of Des Moines, THOMAS GARCIA, individually and in his official capacity as Police Officer for City of Des Moines, NOAH BOLLINGER, individually and in his official capacity as police officer for City of Des Moines, ZACHARY DUITSCHER, individually and in his official capacity as police officer for City of Des Moines, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Defendants have moved to file certain documents under seal in connection with their summary judgment motion. [ECF No. 57]. Plaintiff resists. [ECF No. 60]. The motion raises questions under both Federal Rule of Civil Procedure 5.2 and Iowa Code section 232.149 that warrant careful consideration. To permit summary judgment briefing to proceed while the Court resolves these questions, Defendants are directed to file the documents identified in their motion under seal. This direction is without prejudice to the Court's ultimate determination of the motion. The Court expresses no view on the merits of that motion.

IT IS SO ORDERED.

Dated this 15th day of January, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT