IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MONICA WOODS, as Administrator of the Estate of T.J., Deceased, | ) ) ) | |
| | ) | Case No. 4:23-cv-00520 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CITY OF DES MOINES a Municipal Corporation; DANA WINGERT in his Official Capacity as Chief of Police for the City of Des Moines, Iowa; THOMAS GARCIA, Individually and in his Official Capacity as a Police Officer for the City of Des Moines, Iowa; NOAH BOLLINGER, Individually and in his Official Capacity as a Police Officer for the City of Des Moines, Iowa; and ZACHARY DUITSCHER, Individually and in his Official Capacity as a Police Officer for the City of Des Moines, Iowa, | ) ) ) ) ) ) ) ) ) ) ) ) | PLAINTIFF'S UNRESISTED MOTION TO FILE SUMMARY JUDGMENT DOCUMENTS UNDER SEAL |
| Defendants. | ) ) | |

NOW COMES Plaintiff Monica Woods, through counsel, and moves the Court for an order for leave to file her summary judgments under seal.  In support of the is motion, the undersigned states:

1.  Plaintiff plans to file her summary judgment resistance and supporting documents on February 17, 2026.

2.  Defendants previously filed a motion for leave to file their summary judgment documents under seal, which Plaintiff resisted.  (R. Docs. #57, #60).

3.  The Court subsequently granted Defendants leave to file their summary judgment documents under seal while it resolves the ultimate issue of whether they are confidential.  (R. Docs. #66).

4.  Because the issue of whether the law enforcement records are confidential has not been resolved, it seems prudent for Plaintiff to file her summary judgment documents under seal as well.

5.  Pursuant to Local Rule 7, the undersigned has conferred with opposing counsel who does not resist this motion.

1

WHEREFORE Plaintiff requests the Court enter a text order granting leave to file her summary judgment documents under seal pending resolution of the ultimate issue of the confidentiality of the law enforcement records.

Respectfully submitted,

_____
Gary Dickey, AT#0001999
DICKEY, CAMPBELL, & SAHAG LAW FIRM, PLC
301 East Walnut, Suite 1
Des Moines, Iowa  50309
Tel:  515.288.5008  Fax:  515.288.5010
gary@iowajustice.com

PROOF OF SERVICE

The undersigned hereby certifies that on 02/16/26 a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:     _____ U.S. Mail            _____ Fax
        _____ Courthouse Mail      _____ Hand delivered
        _____ Certified Mail        X    Other: Electronically

Signature:   /s/ Gary Dickey_____