**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION**

| | |
|---|---|
| MONICA WOODS, as Administrator of the Estate of T.J., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>City of Des Moines; Dana Wingert; Thomas Garcia; Noah Bollinger, Zachary Duitscher,<br><br>Defendants. | Case No. 4:23-cv-00520<br><br>MOTION TO WITHDRAW |

NOW COMES the undersigned who requests that the Court grant leave for attorney Michelle Mackel-Wiederanders to withdraw from representing the individual Defendant officers and the City of Des Moines in this proceeding. The undersigned has taken another position and will no longer be representing the City of Des Moines after October 22, 2026. The City will continue to be represented in this matter by attorney Luke DeSmet, and no party will be prejudiced by the Court granting this motion.

WHEREFORE, attorney Michelle Mackel-Wiederanders prays that the Court grant this motion and authorize her to withdraw from representing the City of Des Moines in this case.

Respectfully Submitted,

*/s/ Michelle Mackel-Wiederanders*
Michelle Mackel-Wiederanders
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA 50309-1891
Email: mrmackel@dmgov.org
Telephone: (515) 283-4537